[No. 65665-1-I. Division One. October 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WALID AMIR AL-ADSSANI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03256-1, Jay V. White, J., entered July 6, 2010. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 66356-9-I. Division One. October 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP RUDY GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03359-5, Ronald Kessler, J., entered December 13, 2010. *Remanded with instructions* by unpublished per curiam opinion.

[No. 66437-9-I. Division One. October 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES STUDEBAKER, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-1-00035-7, Alan R. Hancock, J., entered December 8, 2010. *Reversed in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 67042-5-I. Division One. October 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYSON DYAMI AMUNDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05898-9, Jay V. White, J., entered April 18, 2011. *Remanded with instructions* by unpublished per curiam opinion.